CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Nicholas Fuentes**<br>DOB: 1996; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-08742MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 28, 2022, in the District of Arizona, **Nicholas Fuentes**, knowing or in reckless disregard that certain illegal aliens, including Noe De Jesus Romero-Vazquez and Sebastian Lopez-Giron, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 28, 2022, at approximately 4:10 p.m., Border Patrol Agents (BPAs) working checkpoint duties at the immigration checkpoint located on State Route (SR) 82 near mile marker 32, encountered a white 2018 Range Rover Velar. As the vehicle approached primary inspection, the driver slowed the vehicle down but failed to stop for an immigration inspection. As the vehicle passed the BPA in primary, the BPA tapped on the rear driver side window and yelled "stop" but the driver ignored the command and continued eastbound on SR 82. BPAs pursued the vehicle in their marked government vehicles and activated their emergency lights and sirens to conduct a vehicle stop. The vehicle yielded near the intersection of SR 82 and SR 83. BPAs approached the vehicle and ordered the driver, identified as **Nicholas FUENTES**, to lower the windows to which he complied. BPAs observed five individuals in the back seat of the vehicle and the rear cargo area attempting to lay down and stay out of view. An immigration inspection was conducted, and the five individuals, to include Noe De Jesus Romero-Vazquez and Sebastian Lopez-Giron, were all determined to be citizens of Mexico illegally present in the United States.

Records checks revealed that Noe De Jesus Romero-Vazquez and Sebastian Lopez-Giron do not possess the proper documentation to enter, pass through or remain in the United States legally.

Material witness Noe De Jesus Romero-Vazquez stated he illegally crossed into the United States and his brother was paying for him. Romero stated he crossed with a group of two other non-citizens. Romero stated the vehicle that picked him up was the same vehicle he was arrested in. Romero was able to positively identify **FUENTES** as the driver of the vehicle from a photo lineup.

Material witness Sebastian Lopez-Giron stated he illegally crossed into the United States with a group of four non-citizens and one foot-guide. Lopez stated he is a citizen of Mexico and does not possess the proper immigration documentation to enter, pass through or remain in the United States legally. Lopez was able to positively identify **FUENTES** as the driver of the vehicle he was picked up in from a photo lineup.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Noe De Jesus Romero-Vazquez and Sebastian Lopez-Giron

| Detention Requested<br>  Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA HNS/pl | SIGNATURE OF COMPLAINANT<br>*[signature]* |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>July 29, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54